IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAMAR G. CHUOL,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NEBRASKA ATTORNEY GENERAL, DOUGLAS COUNTY DISTRICT ATTORNIES, KATIE BENSON, MICHAEL JENSEN, DON KLIENE, THE NE SUPREME COURT AND LOWER COURTS OF NE, and TODD ENGLEMAN,<br><br>　　　　　　　Defendants. | 8:23CV372<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the Court on Plaintiff's handwritten summons form for the defendants named in his Complaint, which the Court has docketed and construed as a Motion for Summons. Filing No. 8. The Court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The Court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). This matter may not proceed to service of process unless so ordered by the Court after conducting this initial review. Accordingly, Plaintiff's Motion for Summons is denied without prejudice as premature.

　　　IT IS THEREFORE ORDERED that:

　　　1.　　Plaintiff's Motion for Summons, Filing No. 8, is denied without prejudice as premature.

2. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court is in the process of conducting this initial review and will issue a ruling in due course.

Dated this 31st day of March, 2025.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge